# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA MESSINA, | Case No. 2:17-cv-01077-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| MALKIAT SINGH, et al., | (Docket No. 29) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to compel the depositions of Defendants Singh and H Trucking to occur on September 11 and 12. Docket No. 29. Defendants represent that they will attend their depositions as scheduled. Docket No. 34. Accordingly, the motion to compel is **GRANTED** as unopposed, and Defendants Singh and H Trucking shall appear for their depositions on the dates noticed.

IT IS SO ORDERED.

DATED: September 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge